**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
|  | ) | Case No. 6:25-cr-10016-EFM-6 |
| JEVANTE OLIVER aka "YS" aka "Young Special" | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JEVANTE OLIVER aka "YS" aka "Young Special",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Fentanyl Analogue.

See attached Indictment for additional charges.

Date: 2/21/2025

s/ M. McGivern
*Issuing officer's signature*

City and state: Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 02/21/2025, and the person was arrested on *(date)* 03/03/2025
at *(city and state)* Wichita, Kansas.

Date: 03/05/2025

V. Keith Lane
*Arresting officer's signature*

V. Keith Lane DUSM
*Printed name and title*

**RECEIVED**
By US Marshal Service at 2:33 pm, Feb 21, 2025