

**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 6:25-cr-10016-EFM-5 |
| HASSAN SMITH | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     HASSAN SMITH                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with the Intent to Distribute Fentanyl Analogue.

See attached Indictment for additional charges.

Date:  2/21/2025                                                              s/ M. McGivern
                                                                   *Issuing officer's signature*

City and state:     Wichita, Kansas                               Skyler B. O'Hara, Clerk of Court
                                                                   *Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)*  02/21/2025          , and the person was arrested on *(date)*  03/05/2025
at *(city and state)*  Wichita, Kansas                          .

Date:  03/05/2025                                                V. Keith Lane
                                                                   *Arresting officer's signature*

                                                                   V. Keith  Lane DUSM
                                                                   *Printed name and title*

**RECEIVED**
*By US Marshal Service at 2:29 pm, Feb 21, 2025*