

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 6:25-cr-10016-EFM-1 |
| RAASHAD ROBINSON aka "Shoddy" | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  RAASHAD ROBINSON aka "Shoddy",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Drug Conspiracy.

See attached Indictment for additional charges.

Date: 2/21/2025

s/ M. McGivern
*Issuing officer's signature*

City and state: Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 02/21/2025, and the person was arrested on *(date)* 03/05/2025
at *(city and state)* Wichita, Kansas.

Date: 03/05/2025

*V. Keith Lane*
*Arresting officer's signature*

V. Keith Lane DUSM
*Printed name and title*

**RECEIVED**
By US Marshal Service at 2:04 pm, Feb 21, 2025