COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

FILED
U.S. District Court
District of Kansas

Date: __3/24/25__

3/24/2025

Clerk, U.S. District Court
By___A.A.___Deputy Clerk

United States of America,

　　　　Plaintiff,

v.                                                  Case No. __25-10016-03-EFM__

__James Wilkinson__,

　　　　Defendant.

JUDGE: ☒ Birzer ☐ Severson          AUSA: __Lanny Welch__
DEPUTY CLERK: ☒ Anderson ☐ Vaughn   DEFENSE COUNSEL: __David Rapp__
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez   TAPE NO.: __3:02-3:29__
　　　　　　☐ Ping ☐ Rivera ☐ Vilaythong
　　　　　　☐ Sworn

## PROCEEDINGS

☐ Initial Appearance            ☒ Detention Hearing         ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)          ☐ Preliminary Hearing       ☐ Pretrial Conference
☐ Sentencing                    ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment   ☒ Reading waived   ☐ Read to Defendant      ☒ Not Guilty Plea Entered
　(2 min)

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: _2_ ☒ Forfeiture
☒ Felony        ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn       ☐ Examined re: financial status       ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☒ Oral Motion by Government for pretrial detention is ☐ granted. ☒ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☒ Release ordered          ☐ Bond fixed at: $ _____   ☐ Continued on present bond/conditions
☐ Detention ordered        ☐ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
　　　　　　　　　　　　　☒ per the Scheduling Order of Judge __Melgren__
　　　　　　　　　　　　　☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
　　　　　　　　　　　　　for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____