COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 3/28/25

FILED
U.S. District Court
District of Kansas

3/28/2025

Clerk, U.S. District Court
By AA Deputy Clerk

United States of America,

    Plaintiff,

v.

Hassan Smith,

    Defendant.

Case No. 25-10016-05-EFM

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Lanny Welch
DEFENSE COUNSEL: James Campbell
TAPE NO.: 2:05-2:19

**PROCEEDINGS**

☐ Initial Appearance　　☒ Detention Hearing　　☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)　　☐ Preliminary Hearing　　☐ Pretrial Conference
☐ Sentencing　　☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment　　☐ Reading waived　　☐ Read to Defendant　　☐ Not Guilty Plea Entered

☐ Complaint　☒ Indictment　☐ Information　☐ Pet. Revoke Supervision　☒ No. Counts: 1　☒ Forfeiture
☒ Felony　　☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn　　☐ Examined re: financial status　　☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule　☐ 20　☐ 5(c)(3)　☐ Transfer to: _____
☐ Signed Wvr Ind　☐ Signed Consent to MJ　☐ Petition to Plea filed　☐ Plea Agmt filed　☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☒ Release ordered　　☒ Bond fixed at: $ 10,000 O/R　　☐ Continued on present bond/conditions
☐ Detention ordered　　☐ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
    ☒ per the Scheduling Order of Judge Melgren
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: The Government did not seek detention.