## UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                                     **CASE NO. 6:25-cr-10016-EFM-4**

**MARTEL COSTELLO,**

**Defendant.**

## SUPERSEDING INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

**USE OF A TELEPHONE TO FACILITATE
A DRUG TRAFFICKING CRIME
(Title 21, U.S.C. § 843(b))**

On or about May 7, 2024, in the District of Kansas,

### MARTEL COSTELLO,

the defendant herein, did knowingly and willfully use a communication facility,

that is: a telephone, in facilitating the commission of a violation of Title 21, United

States Code Section 841 in that, the defendant used the telephone to discuss the

distribution of Fentanyl pills.

1

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 2

**USE OF A TELEPHONE TO FACILITATE
A DRUG TRAFFICKING CRIME
(Title 21, U.S.C. § 843(b))**

On or about July 11, 2024, in the District of Kansas,

## MARTEL COSTELLO,

the defendant herein, did knowingly and willfully use a communication facility, that is: a telephone, in facilitating the commission of a violation of Title 21, United States Code Section 841 in that, the defendant used the telephone to discuss the distribution of Fentanyl pills.

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

RYAN A. KRIEGSHAUSER
United States Attorney

/s/ Katherine J. Andrusak
Katherine J. Andrusak, #25961
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov

2

## **PENALTIES**

**Counts 1 and 2:       Title 21 U.S.C. § 843(B)**
**Use of a Communication Device to Facilitate a Controlled Substance Felony**

- Punishable by a term of imprisonment of not more than 4 years.  21 U.S.C. § 843(d)(1)

- A term of supervised release of not more than one (1) year.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after one or more prior convictions of him for violation of this section, or for a felony under any other provision of this subchapter or subchapter II or other law of the United States relating to narcotic drugs, marihuana, or depressant or stimulant substances, the penalties are:

- A term of imprisonment of not more than 8 years

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

3