IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 25-cr-10016-EFM-04 |
| | ) | |
| MARTEL COSTELLO, | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT MARTEL COSTELLO'S
MOTION TO SEAL A COURT FILING

Defendant Martel Costello, by and through his counsel of record Sylvia B. Penner, moves to seal certain exhibits filed in support of his Motion to Suppress Illegally Seized Evidence and Brief, specifically Document 142-1 and Document 142-2.

Counsel submits that exhibits Document 142-1 and Document 142-2, contain sensitive personal identifiers of the Defendant including full dates of birth and social security numbers. Public filing without redaction would disclose this information in violation of the privacy protections set forth in Supreme Court Rule 123 and Rule 49.1 of the Federal Rules of Criminal Procedure.

Good cause exists to seal these documents, as disclosure of such personal identifiers would constitute an unwarranted invasion of privacy and is prohibited by the applicable rules.

Defendant respectfully requests that the Court permit the filing of Document 142-1 and Document 142-2 under seal and that such filings remain sealed except by further order of the Court.

Undersigned counsel has not yet contacted AUSA Katherine J. Andrusak regarding the subject motion to seal.

WHEREFORE, Defendant Martel Costello respectfully requests that the Court enter an

1

order sealing Document 142-1 and Document 142-2, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/Sylvia B. Penner
SYLVIA B. PENNER
Sup. Ct. No. 21640
Penner Lowe Law Group, L.L.C.
245 N. Waco, Ste 125
Wichita, KS 67202
Telephone: (316) 847-8847
Fax: (316) 847-8853
E-mail: spenner@pennerlowe.com

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing MOTION TO SEAL A COURT FILING with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

/s/Sylvia B. Penner
SYLVIA B. PENNER
Sup. Ct. No. 21640
Penner Lowe Law Group, L.L.C.
245 N. Waco, Ste 125
Wichita, KS 67202
Telephone: (316) 847-8847
Fax: (316) 847-8853
E-mail: spenner@pennerlowe.com

2